Johnson's Administrators *against* Henry's Executors.

PER *Curiam.*—In this case a Motion was made to quash the writ of Error. It appears to have been prosecuted on the order dissolving the Injunction. The writ of Error on this interlocutory decree is void, and must be quashed. Missi. Dig. 201. 6 Cranch, 51. Crompt Pr. 405.

Writ of Error will not lie on order dissolving Injunction.